IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SERMENO, | No. 2:25-CV-02414-DJC-DMC |
| Plaintiff, | |
| v. | ORDER |
| ROB BONTA, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's original complaint, ECF No. 1, motion to appoint counsel, ECF No. 3, motion for expedited settlement conference, ECF No. 4, motion for expedited review, ECF No. 5, motion for limited discovery, ECF No. 6, motion for judicial notice, ECF No. 8, and request for criminal referral, ECF No. 9. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On October 28, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. *See* ECF No. 11. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed October 28, 2025, ECF No. 11, are adopted in full.

2. This action is DISMISSED, without prejudice, pursuant to *Younger v. Harris*, 401 U.S. 37 (1971);

3. All other pending motions, ECF Nos. 3, 4, 5, 6, and 9, are DENIED AS MOOT; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2