UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SERMENO, | No. 2:25-cv-02414-DJC-DMC |
| Plaintiff, | |
| v. | ORDER |
| ROB BONTA, et. al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 13, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. See ECF No. 16. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed February 13, 2026, ECF No. 16, are adopted in full.

1

2.      Plaintiff's motion for reconsideration, ECF No. 14, is GRANTED;

3.      The Court's December 8, 2025, order is VACATED;

4.      The findings and recommendations, ECF No. 11, are VACATED;

5.      Plaintiff's claims for declaratory and injunctive relief (Claim 1 and Claim 2) are DISMISSED WITHOUT LEAVE TO AMEND pursuant to *Younger* abstention;

6.      Defendant California Department of Justice is DISMISSED WITHOUT LEAVE TO AMEND pursuant to *Younger* abstention;

7.      The matter is stayed, pending resolution of Plaintiff's state habeas action;

8.      Plaintiff is directed to file a status report every ninety (90) days to inform the Court of the status of his state habeas action; and

9.      This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated:    **March 20, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2