**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY SERMENO,<br>Plaintiff,<br>v.<br>ROB BONTA, et al.,<br>Defendants. | No. 2:25-cv-2414-DJC-ICD<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion for an extension of time to file a notice of submission of service documents to the Untied States Marshal. ECF No. 27. Good cause appearing, Plaintiff's motion is granted. Plaintiff is cautioned that failure to comply with this order may result in dismissal of the entire action for lack of prosecution and failure to comply with court rules and orders. See E.D. Cal. L.R. 110.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No 27, is granted.

2. Within 20 days of the date of this order, Plaintiff shall file a notice that service documents have been submitted to the United States Marshal.

Dated: September 25, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE